UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.  CRIMINAL ACTION NO. 05-10102-JLT

MELISSA VAUGHN

## JUDGMENT OF ACQUITTAL

The defendant, MELISSA VAUGHN has been found not guilty. It is ORDERED that the defendant MELISSA VAUGHN is acquitted, discharged, and any bond exonerated. The defendant is released to go without day.

JOSEPH L. TAURO,

February 21, 2008

U.S. District Judge